**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE**

| | | |
|---|---|---|
| IN RE: | **GREGORY LYNN BOWMAN** | Case No. 13-51253 |
| | | Chapter 7 |
| | **Debtor.** | |

**ORDER CONFIRMING SALE**

It appearing to the Court that the Trustee has properly given notice to all creditors and parties in interest of his intent to sell the Trustee's interest in the real estate described in Exhibit 2 to the Motion to Confirm to the parties-in-interest as described in Exhibit 1 to the Motion to Confirm.

No objections having been filed, the Trustee is therefore authorized to:

1.  Conclude this sale and to execute and deliver a Trustee's Deed to each of the Buyers;

2.  Pay to Greene County Land and Auction the buyer's premium as set forth in Exhibit 1 and expenses of sale not to exceed the preapproved expense amount set forth in Document 32;

3.  Pay any incidental expenses of closing, including accrued and pro rated ad

valorem taxes;

      4.      Pay Judy S. Robinson, Greene Title Company, in the amount of $450.00 for title work for the Trustee;

      5.      Upon the payment of all fees and expenses, the Trustee shall pay one-half (½) of the net sales proceeds to Michael Frederick Bowman as per the Agreed Order between the estate and Michael Frederick Bowman, Document 24.

###

APPROVED FOR ENTRY:


**/s/Douglas L. Payne**
DOUGLAS L. PAYNE
Trustee, BPR # 013380
401 West Irish Street
Greeneville, Tennessee 37743
(423) 639-2220